UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Civ. No. 17-179 MV/GJF

JUSTIN DANLEY, et al.,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the "Explanation for its Inadvertent Failure to Appear at the Rule 16 Scheduling Conference" ("Notice") filed by Defendant New Mexico Department of Taxation and Revenue ("NMTRD") on September 1, 2017. ECF No. 30. The Court has reviewed the document and is truly sympathetic to the events described therein.

Therefore, the Court **HEREBY ORDERS** that Melinda L. Wolinsky, counsel for NMTRD, is excused[1] from attending the Show Cause hearing set for 10:00 a.m. at the U.S. District Courthouse in Albuquerque, New Mexico. This Order *does not*, however, excuse the attendance of the other NMTRD representative(s) previously identified in this Court's Show Cause Order of August 29, 2017. *See* ECF No. 24.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the Court excuses Ms. Wolinsky's physical attendance at the hearing, Ms. Wolinsky will be required to order the audio transcript of the proceeding through the U.S. District Clerk of Court and listen to it in its entirety. She shall do so within sixty (60) days of the proceeding, and shall file an affidavit in this cause attesting to that fact, irrespective of whether NMTRD remains a party to the suit.